## Third Department, January, 1917.

In the Matter of BENNY SABATINO.— Application for writ of habeas corpus denied upon the ground that the relator was duly tried and convicted of a criminal offense and duly sentenced. No appeal was taken. He now seeks by a writ of habeas corpus to review questions which were before, and were decided by, the court upon his conviction. That the relator is committed by virtue of a final judgment of a competent tribunal of original jurisdiction, and under sections 2016 and 2020 of the Code of Civil Procedure he is not entitled to the writ.

In the Matter of the Claim of HARRY L. MARKELL, Claimant, Respondent, for Compensation under the Workmen's Compensation Law, v. DANIEL GREEN FELT SHOE COMPANY, Employer, and AMERICAN MUTUAL COMPENSATION INSURANCE COMPANY, Insurance Carrier Appellants.— Motion denied.

In the Matter of the Claim of ANDREA MARTELLIANO, Claimant, Respondent, for Compensation under the Workmen's Compensation Law, v. O'MARA SPECIALTY COMPANY, Employer, and LONDON GUARANTEE AND ACCIDENT COMPANY, Insurance Carrier, Appellants.— Motion denied.

In the Matter of the Claim of NORMAN S. MULFORD and Another, Claimants, Respondents, for Compensation under the Workmen's Compensation Law, v. A. S. PETTIT & SONS, INCORPORATED, Employer, and GLOBE INDEMNITY COMPANY, Insurance Carrier, Appellants.— Motion denied.

In the Matter of the Claim of EDNA SAENGER, Claimant, Respondent, for Compensation under the Workmen's Compensation Law, v. FELIX A. LOKE, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LIMITED, Insurance Carrier, Appellants.— Motion denied.

In the Matter of the Claim of JULIA SAYERS, Widow, Claimant, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of EDWARD SAYERS, SR., Husband, v. BILL, BELL & COMPANY, Employer, and OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, Insurer, Appellants.— Case remanded to the State Industrial Commission to pass formally upon the question as to the resettlement of the case, and to make an order in reference thereto. Kellogg, P. J., not sitting.

In the Matter of the Claim of GEORGE F. DAVID, Claimant, Respondent, for Compensation under the Workmen's Compensation Law, v. TOWN TAXI COMPANY, INC.; LONDON GUARANTEE AND ACCIDENT COMPANY, Insurance Carrier, Appellants.— Motion denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK W. HEINRICH, Respondent, v. EUGENE M. TRAVIS, as Comptroller of the State of New York, Appellant.— Motion denied.

BENJAMIN M. RASTALL, Respondent, v. LEWIS D. SAMPSON, Appellant. — Motion denied.